# EXHIBIT B

# US 9,965,237 Flick Intelligence vs MicroVision

# US 9,965,237 Flick Intelligence vs MicroVision



Claims priority from a provisional application 09/27/2011

Total patent Term Adjustments:  0 days

# Related Products

- The following chart is based on the review of MicroVision's Web Site.

https://microvision.com/sensors/mavin-n

3



https://web.archive.org/web/20250101000000*/https://microvision.com/software/perception-software

https://web.archive.org/web/20250601000000*/https://microvision.com/sensors/mavin-n



https://web.archive.org/web/20260000000000*/https://microvision.com/sensors/movia-l

# US9965237 Claims 1

1. An augmented reality device for accessing a video annotation infrastructure, said augmented reality device comprising:

a local display;

a scene alignment module that locates a display position in said local display from at least one marker, wherein said display position is used to map points on said local display to points on a second display and wherein said at least one marker assists said augmented reality device in determining a location and a distance of said second display;

an annotation data receiver that generates annotation selection data that is downloaded into said augmented reality device ahead of time or on-demand, wherein said annotation selection data includes cursor coordinates that yield an element identifier and annotation data that specifies at least one selectable zone comprising a combination of selectable areas and time periods during which said selectable areas are selectable and wherein said at least one selectable zone includes coordinates in both space and time;

wherein said coordinates are specified as a series of discrete coordinates;

the augmented reality device further comprising:

a local data store and a query router, wherein said query router sends queries to at least one data server and said local data store within said augmented reality device, wherein said local display displays a cursor and query results with respect to said queries overlaid on top of a displayed image; and

wherein said query results are gathered and passed for presentment to a user via said local display, wherein said local display shows said query results.

# US9965237 Claim 1

| | |
|---|---|
| [1.P] An **augmented reality device for accessing a video annotation infrastructure**, said augmented reality device comprising: | MicroVision's software + sensors create a perception system that functions as an AR data interface. Even if not called "video annotation infrastructure," their system performs the same function of acquiring and presenting annotation data to a device. "**MicroVision's perception software processes raw lidar data …provides a reliable and accurate abstraction of the vehicle surroundings**." In MicroVision / HUD terms the augmented reality device is the HUD system (as experienced by the user). The scanned-beam laser projection system that: projects symbols/images into the driver's field of view and the integrated HUD assembly when MicroVision's projection engine is used. Even if MicroVision supplies only the projection engine, and Visteon or an OEM integrates it, the resulting system is the augmented reality device. "**Microvision (NASDAQ:MVIS), the leader in light scanning technologies for display and imaging products, announced that Visteon, a global automotive Tier 1 supplier, plans to demonstrate a recently developed scanned-beam laser head-up display (HUD) based on Microvision's proprietary projection display engine**" |

**FOR AUTOMOTIVE HEAD-UP DISPLAYS**

January 08, 2007 8:00 AM EST        Download as PDF

**VISTEON TO DEMONSTRATE SCANNED-BEAM LASER HUD USING MICROVISION'S PROPRIETARY DISPLAY ENGINE AT THE CONSUMER ELECTRONICS SHOW IN LAS VEGAS**

LAS VEGAS—(BUSINESS WIRE)—

Microvision (NASDAQ:MVIS), the leader in light scanning technologies for display and imaging products, announced that Visteon, a global automotive Tier 1 supplier, plans to demonstrate a recently developed scanned-beam laser head-up display (HUD) based on Microvision's proprietary projection display engine at the Consumer Electronics Show in Las Vegas, January 8-11, 2006. Visteon is the Automotive Tier 1 partner referenced in Microvision's September 26, 2006 press release.

https://ir.microvision.com/news/press-releases/detail/267/microvision-and-visteon-announce-joint-development-for

**MicroVision's perception software** processes raw lidar data and provides a reliable and accurate abstraction of the vehicle surroundings. It detects, tracks and classifies objects such as vehicles, pedestrians, lane markings, road boundaries and infrastructure. Furthermore, our perception software provides a broad range of self-diagnostic functions including automatic self-calibration of the sensors.

MicroVision's perception software provides a holistic environmental model for a broad range of ADAS and AD functions.

**Learn more about MicroVision's perception software.**

https://microvision.com/software/perception-software         5

# US9965237 Claim 1

| [1.1] a **local display**; | MicroVision's AR/MR/VR display engines constitute the "local display." Even if the product is marketed under another name, if it displays processed sensor/annotation data to a user, it meets the local display function. "**AR/MR/VR Display Engine.**" "**Our current work leverages our decades of experience building augmented reality micro display engines, interactive display modules, and consumer lidar components**." |
|---|---|

MicroVision is primarily a hardware and software specialist for lidar technology for the automotive and industrial sectors:

- Lidar Sensors:
    - Solid-state 3D lidar for short and medium range
    - MEMS-based long-range sensor (up to 300 m)
- Perception software: object detection, classification, and tracking
- Mosaic Suite: Automated validation of sensors and algorithms
- Display Applications
    - Projection Display Engine
    - AR/MR/VR Display Engine
- Display + Sensing Applications
    - Interactive Projection Display Engine

https://de.wikipedia.org/wiki/MicroVision

Our sensors, both MEMS-based and solid-state, with our perception software onboard provide tailored solutions for advanced driver-assistance systems (ADAS), autonomous vehicles, and various non-automotive applications such as Automated Guided Vehicles (AGVs) and Autonomous Mobile Robots (AMRs). Our current work leverages our decades of experience building augmented reality micro display engines, interactive display modules, and consumer lidar components.

https://microvision.com/about/our-story

7

# US9965237 Claim 1

| | |
|---|---|
| [1.2] a **scene alignment module that locates a display position in said local display from at least one marker**, wherein said **display position is used to map points on said local display to points on a second display** and wherein said at least **one marker assists said augmented reality device in determining a location** and **a distance of said second display**; | Point cloud data allows calculation of spatial relationships — i.e., location & distance. Even if they do not use a literal "marker," MicroVision's sensors perform the same spatial localization using environmental features (equivalent to markers). "**MAVIN provides … point-cloud clarity for superior environmental understanding**." |



https://microvision.com/sensors/mavin-n

8

# US9965237 Claim 1

| | |
|---|---|
| [1.3] **an annotation data receiver that generates annotation selection data that is downloaded into said augmented reality device ahead of time or on-demand**, wherein said **annotation selection data includes cursor coordinates that yield an element identifier** and **annotation data that specifies at least one selectable zone comprising a combination of selectable areas and time periods during which said selectable areas are selectable** and **wherein said at least one selectable zone includes coordinates in both space and time;** | The SDK enables capture and integration of coordinate data which can serve as input for annotated zones & cursor data. Even if the labeling is done externally or through partner systems, the function of receiving and enabling selectable coordinate data is performed in substantially the same way. "**MicroVision's tools support developers to integrate the data streams provided by our lidar sensors into any system**." |

MicroVision's tools support developers to easily integrate the data streams provided by our lidar sensors into any system.

https://microvision.com/software/software-tools

# US9965237 Claim 1

| | |
|---|---|
| [1.4] wherein said **coordinates are specified as a series of discrete coordinates**; | Repeated scanning yields discrete coordinate frames of spatial data. Even if processed into higher-level formats (e.g., grid maps), the core coordinate data is preserved, therefore, the same result and perception resolution. "**MOVIA L … sequential flash scanning captures environment thousand of times per frame**." |

**HIGH RESOLUTION**

Sequential flash scanning captures environment thousand of times per frame.

https://microvision.com/sensors/movia-l

# US9965237 Claim 1







https://microvision.com/sensors/movia-l

11

# US9965237 Claim 1

| | |
|---|---|
| [1.5] the augmented reality device further comprising:<br>**a local data store and a query router,** | MOSAIK's suite includes software that stores and organizes sensor and annotation data (local data store) and routes validation flows (query router). Even if the orchestration is done in external cloud systems, the storage and routing functions are equivalent if they serve the same integration role in processing annotation queries. "**MOSAIK™ Suite is a software tool that automatically generates labeled ground truth data,**." |



https://microvision.com/software/mosaik-suite#system-architecture



https://cdn.microvision.com/resources/persistent/d2589d797f10b2ab2480d2ed4c9681640a52230b/Productsheet_MOSAIK%E2%84%A2_24May24.pdf

12

# US9965237 Claim 1

| | |
|---|---|
| [1.6] wherein said **query router sends queries to at least one data server and said local data store within said augmented reality device**, | The integrated software supports external data flows between local storage and external systems. Even if communication occurs via standard networking rather than a specially named "query router," functioning to exchange sensor and annotation data is equivalent. "**The MVIS SDK enables easy integration of MicroVision's lidar sensors into your system**." |

## MICROVISION SDK

### For C++ and Python

The MVIS SDK enables easy integration of MicroVision's lidar sensors into your system and is available for C++ and Python.

It supports live connections for real-time data acquisition and handles the IDC file format for recording and replaying sensor data.

The SDK can be used on Windows or Linux, and its open-source nature allows compilation for any platform.

https://microvision.com/software/software-tools

13

# US9965237 Claim 1

| | |
|---|---|
| [1.7] wherein said **local display displays a cursor and query results with respect to said queries overlaid on top of a displayed image;** and | "**Microvision (NASDAQ:MVIS), the leader in light scanning technologies for display and imaging products, announced that Visteon, a global automotive Tier 1 supplier, plans to demonstrate a recently developed scanned-beam laser head-up display (HUD) based on Microvision's proprietary projection display engine**" MicroVision has publicly announced that Tier-1 automotive supplier Visteon demonstrated a scanned-beam laser head-up display (HUD) based on MicroVision's proprietary projection display engine. By supplying its proprietary display engine specifically for use in scanned-beam HUD systems and publicly promoting such demonstrations, MicroVision knowingly encouraged and intended that Visteon integrate MicroVision's technology into HUD products that project digital information into a user's real-world field of view. When those HUD systems display perception- or object-based information over real-world imagery, they practice the claimed functionality of overlaying query results on a displayed image. MicroVision's provision of the display engine, combined with its promotion and technical support for HUD integration, constitutes active steps to induce infringement, even where the final graphical overlay is rendered by Visteon or downstream OEM systems. |

**FOR AUTOMOTIVE HEAD-UP DISPLAYS**

January 08, 2007 8:00 AM EST                                   Download as PDF

**VISTEON TO DEMONSTRATE SCANNED-BEAM LASER HUD USING MICROVISION'S PROPRIETARY DISPLAY ENGINE AT THE CONSUMER ELECTRONICS SHOW IN LAS VEGAS**

LAS VEGAS--(BUSINESS WIRE)--

Microvision (NASDAQ:MVIS), the leader in light scanning technologies for display and imaging products, announced that Visteon, a global automotive Tier 1 supplier, plans to demonstrate a recently developed scanned-beam laser head-up display (HUD) based on Microvision's proprietary projection display engine at the Consumer Electronics Show in Las Vegas, January 8-11, 2006. Visteon is the Automotive Tier 1 partner referenced in Microvision's September 26, 2006 press release.

https://ir.microvision.com/news/press-releases/detail/267/microvision-and-visteon-announce-joint-development-for

14

# US9965237 Claim 1

| | |
|---|---|
| [1.8] **wherein said query results are gathered and passed for presentment to a user via said local display, wherein said local display shows said query results**. | MicroVision's technology satisfies the requirement that query results are gathered and passed for presentment to a user via a local display because MicroVision expressly provides an SDK designed to integrate its sensor and perception outputs into downstream systems. As MicroVision states, "**The MVIS SDK enables easy integration of MicroVision's lidar sensors into your system**." That integration necessarily involves gathering sensor-derived results and passing them to external systems for presentation. Even if those results are transmitted using standard networking or APIs rather than a component explicitly named a "query router," the software performs the same routing function by enabling the exchange of sensor and annotation data. When integrated into AR or HUD systems as intended, those results are visually presented to the user on the local display, thereby satisfying this claim element. |

## MICROVISION SDK

### For C++ and Python

The MVIS SDK enables easy integration of MicroVision's lidar sensors into your system and is available for C++ and Python.

It supports live connections for real-time data acquisition and handles the IDC file format for recording and replaying sensor data.

The SDK can be used on Windows or Linux, and its open-source nature allows compilation for any platform.

https://microvision.com/software/software-tools

15